# United States District Court
# Central District of California

| | |
|---|---|
| TOYKA HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELTA AIR LINES, INC.; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-02341-ODW (FFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

April 5, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**